# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:

JORGE R. DIAZ, an individual, and
LOURDES M. DIAZ, an individual,

      Plaintiffs,

vs.

OCWEN LOAN SERVICING, LLC,
a Delaware limited liability company,

      Defendant.

_____/

## COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

      Plaintiffs, Jorge R. Diaz, an individual, and Lourdes M. Diaz, an individual, sue

Defendant, Ocwen Loan Servicing, LLC, a Delaware limited liability company, and allege:

### I. PRELIMINARY STATEMENT

      1.     This is an action brought pursuant to 15 U.S.C. §1692, *et sequi*, known more

commonly as the "Fair Debt Collection Practices Act" ("FDCPA"), which prohibit debt

collectors from engaging in abusive, deceptive and unfair practices, for violation of 47 U.S.C.

§227, *et sequi*, known more commonly as the "Telephone Consumer Protection Act" ("TCPA"),

which provides for a private right of action for unauthorized automated telephone calls, and for a

pendent state law claim under Florida Statute §559.55, *et sequi*, known more commonly as the

"Florida Consumer Collection Practices Act" ("FCCPA").

      2.     Ocwen Loan Servicing, LLC ("Ocwen") is the fourth largest mortgage loan

servicer and the largest servicer of subprime loans in the United States, servicing an unpaid

principal balance ("UPB") of approximately $430 billion dollars.

3.        Since 2009, Ocwen has acquired mortgage servicing rights ("MSRs") for hundreds of billions of dollars in UPB from several servicers, including Litton Loan Servicing, LLP, Saxon Mortgage Services, Inc., and Homeward Residential Holdings, Inc. ("Homeward").

4.        As a result of the consolidation of hundreds of billions of dollars in UPB from its acquisitions, Ocwen wsa unable to properly service the millions of home loans that had been assigned to it. As a result, regulatory examinations of Ocwen identified, among other things, deficiencies in the servicing platform and loss mitigation infrastructure of Ocwen, including *inter alia* missing documentation and the failure to properly maintain books and records.

5.        In December, 2013, Ocwen entered into a $2.1 billion dollar national settlement as a result of a joint state-federal enforcement proceeding brought by 49 states, the District of Columbia and the Federal Consumer Financial Protection Bureau ("CFPB"). The national settlement attempted to address the servicing misconduct by Ocwen and to hold Ocwen accountable for past mortgage servicing and foreclosure abuses. The settlement further required Ocwen to enter into a compliance program to prevent future abuse.

6.        More recently, in December, 2014, as a result of an enforcement proceeding brought by the New York Department of Financial Services ("DFS"), Ocwen entered into a consent decree which required Ocwen to pay $50 million dollars restitution to victims of servicing abuse and to enter into an additional compliance program designed to *inter alia* "ensure that trial or permanent modifications granted to borrowers by a prior servicer are honored upon transfer to Ocwen." Consent Order entered December 22, 2014 in *New York Banking Law Section 44, In re the Matter of Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, for*

*the New York State Department of Financial Services.*

7.    As detailed below, Plaintiffs received a loan modification from their prior loan servicer which Ocwen failed to acknowledge. Even after a second loan modification by Ocwen itself, Plaintiffs were subject to an aggressive and relentless collection abuse and harassment.

## II. JURISDICTION

8.    The jurisdiction of this Court arises under 15 U.S.C §1692k and 28 U.S.C.§1367. Declaratory relief is available pursuant to 28 U.S.C. §§2201-2202.

## III. ALLEGATIONS AS TO PARTIES

9.    At all times material hereto, Plaintiff, Jorge R. Diaz ("Mr. Diaz"), was *sui juris* and a resident of Miami-Dade County, Florida.

10.    At all times material hereto, Plaintiff, Lourdes M. Diaz ("Mrs. Diaz"), was *sui juris* and a resident of Miami-Dade County, Florida.

11.    At all times material hereto, Ocwen was a Delaware limited liability company doing business in Miami-Dade County, Florida.

12.    At all times material hereto, Mr. Diaz and Mrs. Diaz (collectively "the Diazes"), were "consumer(s)" as said term is defined under 15 U.S.C. §1692a(3).

13.    At all times material hereto, Ocwen was a "debt collector" as said term is defined under 15 U.S.C. §1692a(6). *See*, e.g. *Bridge v. Ocwen Federal Bank*, FSB, 681 F.3d 355 (6th Cir. 2012).

14.    At all times material hereto, Ocwen is or was engaged in the collection of consumer debts using the mail or telephone. Ocwen regularly attempted to collect consumer debts alleged to be due to another.

## IV. FACTUAL ALLEGATIONS

### A. Description of Consumer Debt

15.     On or about January 12, 2007, the Diazes purportedly executed and delivered to American Broker Conduit ("American Broker") a promissory note ("Diaz Promissory Note") and a mortgage ("Diaz Mortgage") securing payment of the Diaz Promissory Note.

16.     The Diaz Mortgage purportedly encumbered the residence of the Diazes at 4280 SW 14th Street, Miami, Florida 33134 ("Diaz Residence").

17.     Under the Diaz Promissory Note and Diaz Mortgage (collectively the "Diaz Mortgage Loan"), the Diazes as consumers were required to pay money to American Broker or its assignee on a monthly basis under the terms and provisions as more fully set forth herein. The purported obligation to pay money under the Diaz Promissory Note arose from a transaction to purchase the Diaz Residence, which was used by the Diazes for personal, family and household purposes (i.e., the Diazes lived at the Diaz Residence).

### B. Initial Modification of Diaz Mortgage

18.     Subsequent to entry into the Diaz Mortgage, the Diazes — like many Americans during the recent recession — struggled financially as a result of the decline in family income. The Diazes, however, remained current in the payment of their mortgage obligation under the Diaz Mortgage.

19.     In light of their financial difficulties, in August, 2012, the Diazes retained an attorney to assist the Diazes in obtaining a loan modification from the loan servicer of the Diaz Mortgage, Homeward Residential.

20.     In or about December, 2012,with the assurance of their attorney, the Diazes

-4-

entered into a loan modification agreement ("First Loan Modification Agreement") with Homeward Residential.

21.    Subsequent to entry into the First Loan Modification Agreement, the Diazes timely and faithfully paid the monthly installment payments thereunder.

### C. Mortgage Servicing Abuse by Ocwen

#### 1. Unlawful Collection Communications to Plaintiffs

22.    On or about January 1, 2013, Ocwen acquired servicing rights to the Diaz Mortgage from Homeward Residential.

23.    Subsequent to Ocwen acquiring the servicing rights to the Diaz Mortgage, Ocwen commenced a pattern of conduct calculated to abuse and harass the Diazes through repeated written and telephonic communications that informed the Diazes that the Diazes were in default in the payment of the Diaz Mortgage when in fact the Diazes were current in paying the Diaz Mortgage as modified by the First Loan Modification Agreement.

24.    On or about March 3, 2013, out of desperation, the Diazes sent or caused to be sent to Ocwen a written communication — known more commonly in the collection industry as a "cease and desist letter" — which instructed Ocwen to terminate communications with the Diazes concerning collection of the Diaz Mortgage ("Cease and Desist Letter").

25.    A true and correct copy of the Cease and Desist Letter is attached hereto and incorporated herein by reference as Exhibit "A."

26.    Subsequent to the receipt of the Cease and Desist Letter, Ocwen made repeated and constant telephone calls and sent repeated and constant letters to the Diazes in an attempt to collect monies that were not owed under the Diaz Mortgage.

27. During the time period from April 1, 2013 through January 20, 2015, Ocwen made repeated telephone calls to Mr. Diaz on his cellular phone and at work.

28. With respect to the repeated telephone calls to Mr. Diaz on his cellular phone and at work, Mr. Diaz repeatedly informed the caller from Ocwen not to telephone him on his cellular phone and at work.

## 2. *False Credit Reporting by Ocwen*

29. During the time period from June, 2013 to January 20, 2015, Ocwen falsely reported to the consumer reporting agencies ("CRAs") that the Diaz Mortgage was delinquent when in fact it was not.

## 3. *Second Mortgage Modification*

30. In or about December, 2013, Ocwen informed the Diazes that the Diazes had been "approved" for yet a second loan modification under the Home Affordable Modification Program. At that time, Ocwen forwarded to the Diazes a "Home Affordable Modification Agreement" ("Second Loan Modification Agreement").

31. In the happy belief that the collection efforts of Ocwen would end, the Diazes executed the Second Loan Modification Agreement on December 23, 2013 and immediately returned same to Ocwen.

32. In performance of their obligations under the Second Loan Modification Agreement, the Diazes timely and faithfully paid the installment payments thereunder.

33. Notwithstanding the fact that the Diazes had submitted the Second Loan Modification Agreement and had been making payments thereunder, Ocwen nonetheless continued the campaign of harassing, abusing and repeated communications to the Diazes both

-6-

by telephone and in writing in an attempt to collect the Diaz Mortgage when the Diaz Mortgage was not in default.

34.     As partial evidence of the continual harassing collection efforts of Ocwen, Mr. Diaz has attached hereto as Composite Exhibit "B" his AT&T cellular phone records from October 17, 2013 through November 26, 2014 which reflect communications with Ocwen, including the date, time and length of the telephone communication.

35.     As a result of the relentless collection efforts of Ocwen, on or about October 4, 2014, Mr. Diaz was finally compelled to contact the so-called "Office of the Ombudsman" ("Ocwen Ombudsman") at Ocwen. In his ensuing telephone discussions with the Ocwen Ombudsman, Mr. Diaz again informed Ocwen that he was current in the payment of the Diaz Mortgage and that he never received a signed copy of the Second Loan Modification Agreement despite repeated promises by Ocwen that a copy of same would be provided to the Diazes.

36.     On or about January 27, 2015, the Ocwen Ombudsman sent or caused to be sent to the Diazes a letter informing the Diazes that Ocwen had at last "applied" the Second Loan Modification Agreement terms to the Diaz Mortgage ("Loan Servicing Error Admission Letter").

37.     A true and correct copy of the Loan Servicing Error Admission Letter is attached hereto and incorporated herein by reference as Exhibit "C."

38.     Pursuant to the Loan Servicing Error Admission Letter, Ocwen through the Ocwen Ombudsman:

> On January 21, 2015, the Making Home Affordable Modification (HAMP) terms were applied to the account. See enclosed modification documents for detailed terms. **Ocwen would like to apologize for any inconveniences caused by the delay in processing this modification.**
>
> (emphasis added)

39.     On February 11, 2015, thirteen months after the Diazes had signed and returned the Second Loan Modification Agreement, Ocwen sent or caused to be sent to the Diazes a loan modification agreement which was signed by a purported "authorized officer" on November 11, 2014.

40.     Shortly after the transmission of the Loan Servicing Error Admission Letter, Ocwen ended its collection efforts directed to the Diazes.

## COUNT I - ACTION FOR VIOLATION OF THE
## FEDERAL FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. §1692 *ET SEQUI.*)

41.     This is action for violation of 15 U.S.C. §1692, *et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA").

42.     The Diazes reallege and reaffirms the allegations contained in Paragraphs 1 through 40 above as if set forth hereat in full.

43.     At all times material hereto, the Diazes were "consumers" as said term is defined under 15 U.S.C. §1692a(3).

44.     At all times material hereto, American Broker or its purported assignee was a "creditor" as said term is defined under 15 U.S.C. §1692a(4).

45.     At all times material hereto, the obligation under the Diaz Mortgage Loan was a "debt" as said term is defined under 15 U.S.C. §1692a(5).

46.     At all times material hereto, Ocwen was a "debt collector" as said term is defined under 15 U.S.C. §1692a(6).

47.     As more particularly described above, Ocwen has violated the FDCPA in that Ocwen has:

        (a)     communicated with the Diazes when the Diazes informed Ocwen that to

cease further communication in contravention of 15 U.S.C. §1692c(c);

       (b)    engaged in conduct, the natural consequence of which is to harass, oppress or abuse the Diazes in connection with the collection of a debt in contravention of 15 U.S.C. §1692d;

       (c)    caused a telephone to ring or engaged Mr. Diaz in a telephonic conversation repeatedly or continuously with the intent to annoy, abuse or harm Mr. Diaz in contravention of 15 U.S.C. §1692d(5);

       (d)    communicating information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed, in contravention of 15 U.S.C. §1692e(8);

       (e)    used a false representation or deceptive means to collect or attempt to collect a debt, in contravention of 15 U.S.C. §1692e(10); and

       (f)    used unfair and unconscionable means to collect or attempt to collect a debt, in contravention of 15 U.S.C. §1692f.

48.    As a direct and proximate result of the violation of the FDCPA by Ocwen, the Diazes have been damaged. The damages of the Diazes include but are not necessarily limited to mental pain and shock, suffering, aggravation, humiliation and embarrassment and damage to the credit and credit reputation of the Diazes.

49.    Pursuant to 15 U.S.C. §1692k, the Diazes are entitled to recover actual damages together with statutory damages of $1,000.00, together with court costs and reasonable attorneys fees.

50.    The Diazes have retained the undersigned law office to represent their interest

herein and is obligated to pay said law office a reasonable fee for its services.

WHEREFORE, Plaintiffs, Jorge R. Diaz, an individual, and Lourdes M. Diaz, an individual, demand judgment against Defendant, Ocwen Loan Servicing, LLC, a Delaware limited liability company, for damages, together with interest, costs and attorneys fees pursuant to 15 U.S.C. §1692k, and for such other and further relief as justice may require.

## COUNT II - ACTION FOR VIOLATION OF THE
## TELEPHONE CONSUMER PROTECTION ACT (47 U.S.C. §227, *ET SEQUI*)

51. This is action for damages for violation of 47 U.S.C. §227, *et sequi*, known more commonly as the "Telephone Consumer Protection Act" ("TCPA"), and the regulations promulgated thereunder.

52. The Diazes reallege and reaffirm the allegations contained in Paragraphs 1 through 40 above as if set forth hereat in full.

53. In furtherance of its collection activities, as set forth above, Ocwen made repeated unlawful automated calls to the cellular phone of Mr. Diaz.

54. Ocwen did not have the legal right to make telephone calls to Mr. Diaz on his cellular phone regarding the alleged debt purportedly owed under the Disputed Charge Account.

55. Mr. Diaz did not give consent or withdrew consent to Ocwen to contact Mr. Diaz by cell phone or other means

56. Ocwen used an unlawful auto dialer to call the cellular phone of Mr. Diaz without permission to do so in violation of the TCPA.

57. Ocwen used an illegal predictive dialer to call the cellular phone of Mr. Diaz without permission to do so in violation of the TCPA.

58. Ocwen placed non-emergency telephone calls to Mr. Diaz's cellular telephone

using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of Mr. Diaz in violation of 47 U.S.C. §227(b)(1)(A)(iii).

59.     There is no exception or justification for the numerous violations of the TCPA by Ocwen.

60.     Each call to the cellular phone of Mr. Diaz is a separate violation and entitles Mr. Diaz to statutory damages against Ocwen in the amount of at least Five Hundred Dollars ($500.00) per call pursuant to 47 U.S.C. §227(b)(3).

61.     Ocwen willfully and knowingly violated the TCPA and the regulations promulgated thereunder to the extent that the Court may, in its discretion, increase the amount of statutory damages to One Thousand Five Hundred Dollars ($1,500.00) per call pursuant to 47 U.S.C. §227(b)((3).

WHEREFORE, Plaintiffs, Jorge R. Diaz, an individual, and Lourdes M. Diaz, an individual, demand judgment against Defendant, Ocwen Loan Servicing, LLC, a Delaware limited liability company, for:

> A.     Statutory damages; and
>
> B.     Such other and further relief as the Court deems appropriate.

## COUNT III - ACTION FOR VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

62.     This is action for damages for violation of the Florida Consumer Collection Practices Act ("FCCPA") brought herein pursuant to the doctrine of pendant jurisdiction.

63.     The Diazes reallege and reaffirm the allegations contained in Paragraphs 1 through 40 above as if set forth hereat in full.

64.     At all times material hereto, the Diaz Mortgage constituted a "debt" or "consumer

-11-

debt" as said terms are defined under Florida Statute §559.55(1).

65. At all times material hereto, the Diazes were "debtors" or "consumer debtors" as said terms are defined under Florida Statute §559.55(2).

66. At all times material hereto, Ocwen was a "debt collector" as said term is defined under Florida Statute §559.55(6).

67. As more particularly described above, Ocwen has violated the FCCPA in that Ocwen has:

(a) disclosed to a person other than the Diazes information affecting the reputation of the Diazes with knowledge or reason to know the information is false in contravention of Florida Statute §559.72(5);

(b) disclosed information concerning the existence of a debt known to be reasonably disputed by the Diazes without disclosing that fact in contravention of Florida Statute §559.72(6);

(c) willfully communicated with the Diazes with such frequency as can be reasonably expected to harass the Diazes and willfully engaged in conduct which reasonably can be expected to harass the Diazes in contravention of Florida Statute §559.72(7).

(d) Claimed, attempted or threatened to enforce a debt when Ocwen knew that the debt was not legitimate or asserted the existence of a legal right when Ocwen knew the right does not exist, in contravention of Florida Statute §559.72(9).

68. As a direct and proximate result of the violation of the FCCPA by Ocwen, the Diazes have been damaged. The damages of the Diazes include but are not necessarily limited to mental pain and shock, suffering, aggravation, humiliation and embarrassment.

-12-

69.     As a direct and proximate result of the actions of Ocwen, Ocwen is liable for punitive damages in an amount to be determined by the reasonableness of the jury.

70.     The Diazes have retained the undersigned law firm to represent their interest herein and are obligated to pay said law office a reasonable fee for its services.

71.     Pursuant to Florida Statute §559.77, the Diazes are entitled to recover actual damages together with statutory damages of $1,000.00, along with reasonable attorney's fees and court costs.

WHEREFORE, Plaintiffs, Jorge R. Diaz, an individual, and Lourdes M. Diaz, an individual, demand judgment for damages against Defendant, Ocwen Loan Servicing, LLC, a Delaware limited liability company, for compensatory, statutory and punitive damages, together with interest, costs and attorneys fees pursuant to Florida Statute §559.77.

## DEMAND FOR JURY TRIAL

Plaintiffs, Jorge R. Diaz, an individual, and Lourdes M. Diaz,an individual, pursuant to Rule 38, Federal Rules of Civil Procedure, demand a trial by jury of all issues so triable.

LAW OFFICE OF ROBERT W. MURPHY

ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Fax
Email: rwmurphy@lawfurmmurphy.com
and rphyu@aol.com

-13-

EXHIBIT "A"

**Jorge R. Diaz & Lourdes M. Diaz**
**4280 SW 14 Street**
**Miami, Florida 33134**

March 3, 2013

Ocwen Loan Servicing, LLC
Att: Customer Service Department
P.O. Box 24738
West Palm Beach, Fl. 33416-4738

Re: Account # 7140317756

Gentlemen:

Pursuant to my rights under federal debt collection laws, I am requesting you **cease and desist** communication with me, as well as my family and friends, in relation to the account mentioned above.

You are hereby notified that if you do not comply with this request, I will immediately file a complaint with the Federal Trade Commission and the State of Florida Attorney General's office.

You are also notified should any adverse information be placed against my credit reports, appropriate actions will be taken under the federal Fair Credit Reporting Act (FCRA).

Thank you for your attention to this very important matter.

Respectfully yours,

EXHIBIT "B"

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:** Nov 03, 2014 - Dec 02, 2014
Showing details for Talk usage

| | | |
|---|---|---|
| **Totals for this billing period:** 297 calls | 1351 minutes | $0.00 |

Showing search results for: 800-746-2936     Totals: 12 calls     66 minutes     $0.00

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 11/26/2014 | 11:54AM | 800.746.2936 | Incoming, CL | SDDV | 12 | 0.00 |
| 11/26/2014 | 11:39AM | 800.746.2936 | Toll Free, CL | SDDV | 15 | 0.00 |
| 11/25/2014 | 03:03PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 11/24/2014 | 02:36PM | 800.746.2936 | Toll Free, CL | SDDV | 1 | 0.00 |
| 11/19/2014 | 09:20AM | 800.746.2936 | Toll Free, CL | SDDV | 2 | 0.00 |
| 11/19/2014 | 09:17AM | 800.746.2936 | Toll Free, CL | SDDV | 2 | 0.00 |
| 11/15/2014 | 12:26PM | 800.746.2936 | Incoming, CL | SDDV | 21 | 0.00 |
| 11/14/2014 | 06:36PM | 800.746.2936 | Incoming, CL | SDDV | 2 | 0.00 |
| 11/14/2014 | 02:40PM | 800.746.2936 | Incoming, CL | SDDV | 2 | 0.00 |
| 11/13/2014 | 04:13PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 11/12/2014 | 01:58PM | 800.746.2936 | Incoming, CL | SDDV | 2 | 0.00 |
| 11/05/2014 | 08:10AM | 800.746.2936 | Incoming, CL | SDDV | 5 | 0.00 |

**SDDV** = Mobile Share with Unlimited Talk & Text **3WC** = Three Way Calling **CW** = Call Waiting

**Incoming Call     Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:** Oct 03, 2014 - Nov 02, 2014
Showing details for Talk usage

|  | | | | | | |
|---|---|---|---|---|---|---|
| **Totals for this billing period:** | | 343 calls | | 1443 minutes | $10.00 | |

Showing search results for: 800-746-2936        **Totals: 5 calls    18 minutes    $0.00**        ☺

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 10/29/2014 | 03:09PM | 800.746.2936 | Incoming, CL | SDDV | 10 | 0.00 |
| 10/28/2014 | 03:17PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 10/21/2014 | 06:07PM | 800.746.2936 | Incoming, CL | SDDV | 2 | 0.00 |
| 10/17/2014 | 02:28PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 10/08/2014 | 09:01AM | 800.746.2936 | Incoming, CL | SDDV | 4 | 0.00 |

**SDDV** = Mobile Share with Unlimited Talk & Text **CW** = Call Waiting

**Incoming Call    Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:** Sep 03, 2014 - Oct 02, 2014
Showing details for Talk usage

|  | **Totals for this billing period:** | 370 calls | 1381 minutes | $1.23 |
|---|---|---|---|---|

Showing search results for: **800-746-2936**    Totals: **9 calls**    **116 minutes**    **$0.00**

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 10/01/2014 | 02:46PM | 800.746.2936 | Incoming, CL | SDDV | 20 | 0.00 |
| 09/30/2014 | 12:32PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 09/29/2014 | 02:48PM | 800.746.2936 | Incoming, CL | SDDV | 14 | 0.00 |
| 09/25/2014 | 06:04PM | 800.746.2936 | Toll Free, CL | SDDV | 36 | 0.00 |
| 09/25/2014 | 06:01PM | 800.746.2936 | Toll Free, CL | SDDV | 3 | 0.00 |
| 09/25/2014 | 05:47PM | 800.746.2936 | Incoming, CL | SDDV | 10 | 0.00 |
| 09/16/2014 | 02:00PM | 800.746.2936 | Toll Free, CL | SDDV | 10 | 0.00 |
| 09/04/2014 | 05:44PM | 800.746.2936 | Call Wait | SDDV | 16 | 0.00 |
| 09/04/2014 | 05:41PM | 800.746.2936 | Toll Free, CL | SDDV | 6 | 0.00 |

**SDDV** = Mobile Share with Unlimited Talk & Text **3WC** = Three Way Calling **CW** = Call Waiting

**Incoming Call**    **Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:**  Aug 03, 2014 - Sep 02, 2014
Showing details for Talk usage

| | Totals for this billing period: | 473 calls | 1916 minutes | $3.01 |
|---|---|---|---|---|

Showing search results for: **800-746-2936**    Totals: **12 calls**    **254 minutes**    **$0.00**

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 09/02/2014 | 06:15PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 08/21/2014 | 07:11PM | 800.746.2936 | Toll Free, CL | SDDV | 1 | 0.00 |
| 08/19/2014 | 05:00PM | 800.746.2936 | Incoming, CL | SDDV | 19 | 0.00 |
| 08/14/2014 | 05:13PM | 800.746.2936 | Incoming, CL | SDDV | 29 | 0.00 |
| 08/13/2014 | 02:00PM | 800.746.2936 | Incoming, CL | SDDV | 56 | 0.00 |
| 08/11/2014 | 01:00PM | 800.746.2936 | Call Wait | SDDV | 1 | 0.00 |
| 08/08/2014 | 03:03PM | 800.746.2936 | Incoming, CL | SDDV | 11 | 0.00 |
| 08/08/2014 | 02:36PM | 800.746.2936 | Toll Free, CL | SDDV | 13 | 0.00 |
| 08/08/2014 | 01:20PM | 800.746.2936 | Toll Free, CL | SDDV | 16 | 0.00 |
| 08/08/2014 | 12:04PM | 800.746.2936 | Toll Free, CL | SDDV | 21 | 0.00 |
| 08/07/2014 | 09:01AM | 800.746.2936 | Incoming, CL | SDDV | 30 | 0.00 |
| 08/06/2014 | 08:45AM | 800.746.2936 | Toll Free, CL | SDDV | 56 | 0.00 |

**SDDV** = Mobile Share with Unlimited Talk & Text **3WC** = Three Way Calling **CW** = Call Waiting

**Incoming Call**    **Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:**   Jul 03, 2014 - Aug 02, 2014
Showing details for Talk usage

|  | **Totals for this billing period:** | 359 calls | 1376 minutes | $5.81 |
|---|---|---|---|---|

Showing search results for: 800-746-2936     Totals: **1 calls**     **15 minutes**     **$0.00**

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 07/08/2014 | 10:30AM | 800.746.2936 | Incoming, CL | SDDV | 15 | 0.00 |

**SDDV** = Mobile Share with Unlimited Talk & Text **CW** = Call Waiting

**Incoming Call**     **Outgoing Call**

# Individual Usage Details for:
## Jorge Diaz | 305.609.1833

**Billing period:**   Jun 03, 2014 - Jul 02, 2014
Showing details for Talk usage

|  | | | | |
|---|---|---|---|---|
| **Totals for this billing period:** | 352 calls | 1118 minutes | $0.00 | |

Showing search results for: **800-746-2936**   Totals: 4 calls   **71 minutes**   **$0.00**

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 07/02/2014 | 01:55PM | 800.746.2936 | Toll Free, CL | SDDV | 34 | 0.00 |
| 06/20/2014 | 12:13PM | 800.746.2936 | Toll Free, CL | SDDV | 8 | 0.00 |
| 06/12/2014 | 04:01PM | 800.746.2936 | Incoming, CL | SDDV | 28 | 0.00 |
| 06/10/2014 | 12:53PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |

**SDDV** = Mobile Share with Unlimited Talk & Text **CW** = Call Waiting

**Incoming Call**   **Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:** May 03, 2014 - Jun 02, 2014
Showing details for Talk usage

|  |  |
|---|---|
| **Totals for this billing period:** | 260 calls     779 minutes     $1.64 |

Showing search results for: **800-746-2936**    Totals: **3 calls**    **33 minutes**    **$0.00**

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 05/28/2014 | 04:00PM | 800.746.2936 | Incoming, CL | SDDV | 15 | 0.00 |
| 05/26/2014 | 12:30PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 05/14/2014 | 02:36PM | 800.746.2936 | Incoming, CL | SDDV | 17 | 0.00 |

**SDDV** = Mobile Share with Unlimited Talk & Text **CW** = Call Waiting

**Incoming Call**     **Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:**  Apr 03, 2014 - May 02, 2014
Showing details for Talk usage

| | Totals for this billing period: | 277 calls | 905 minutes | $4.85 |

Showing search results for: **800-746-2936**    Totals: **13 calls**    **40 minutes**    **$0.00**

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 04/30/2014 | 11:37AM | 800.746.2936 | Toll Free, CL | SDDV | 16 | 0.00 |
| 04/30/2014 | 11:34AM | 800.746.2936 | Toll Free, CL | SDDV | 3 | 0.00 |
| 04/30/2014 | 11:34AM | 800.746.2936 | Call Wait | SDDV | 1 | 0.00 |
| 04/30/2014 | 11:33AM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 04/30/2014 | 11:31AM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 04/30/2014 | 11:30AM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 04/21/2014 | 05:18PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 04/20/2014 | 02:58PM | 800.746.2936 | Incoming, CL | SDDV | 5 | 0.00 |
| 04/17/2014 | 09:14AM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 04/11/2014 | 02:36PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 04/08/2014 | 05:58PM | 800.746.2936 | Toll Free, CL | SDDV | 1 | 0.00 |
| 04/04/2014 | 02:40PM | 800.746.2936 | Incoming, CL | SDDV | 7 | 0.00 |
| 04/03/2014 | 12:27PM | 800.746.2936 | Toll Free, CL | SDDV | 1 | 0.00 |

**SDDV** = Mobile Share with Unlimited Talk & Text **CW** = Call Waiting

**Incoming Call**    **Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:** Mar 03, 2014 - Apr 02, 2014
Showing details for Talk usage

| | | Totals for this billing period: | 306 calls | 1073 minutes | $0.76 |

| Showing search results for: **800-746-2936** | Totals: **6 calls** | **126 minutes** | **$0.00** | ☺ |

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
| --- | --- | --- | --- | --- | --- | --- |
| 04/02/2014 | 12:36PM | 800.746.2936 | Incoming, CL | SDDV | 18 | 0.00 |
| 03/21/2014 | 10:01AM | 800.746.2936 | Incoming, CL | SDDV | 20 | 0.00 |
| 03/17/2014 | 03:50PM | 800.746.2936 | Toll Free, CL | SDDV | 36 | 0.00 |
| 03/06/2014 | 11:33AM | 800.746.2936 | Incoming, CL | SDDV | 18 | 0.00 |
| 03/04/2014 | 02:39PM | 800.746.2936 | Toll Free, CL | SDDV | 30 | 0.00 |
| 03/04/2014 | 02:35PM | 800.746.2936 | Toll Free, CL | SDDV | 4 | 0.00 |

**SDDV** = Mobile Share with Unlimited Talk & Text **CW** = Call Waiting

**Incoming Call**     **Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:** Feb 03, 2014 - Mar 02, 2014
Showing details for Talk usage

| | | | | **Totals for this billing period:** | 262 calls | 919 minutes | $0.18 |

| Showing search results for: **800-746-2936** | | Totals: 8 calls | **145 minutes** | **$0.00** | ☺ |

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 02/18/2014 | 12:00PM | 800.746.2936 | Incoming, CL | SDDV | 7 | 0.00 |
| 02/16/2014 | 01:26PM | 800.746.2936 | Incoming, CL | SDDV | 1 | 0.00 |
| 02/11/2014 | 11:34AM | 800.746.2936 | Toll Free, CL | SDDV | 1 | 0.00 |
| 02/10/2014 | 11:32AM | 800.746.2936 | Toll Free, CL | SDDV | 26 | 0.00 |
| 02/08/2014 | 09:18AM | 800.746.2936 | Toll Free, CL | SDDV | 1 | 0.00 |
| 02/05/2014 | 11:30AM | 800.746.2936 | Call Wait | RM70 | 26 | 0.00 |
| 02/03/2014 | 02:48PM | 800.746.2936 | Toll Free, CL | RM70 | 67 | 0.00 |
| 02/03/2014 | 02:32PM | 800.746.2936 | Toll Free, CL | 100C | 16 | 0.00 |

**100C** = CRT100 **M2AM** = Unlimited Mobile to Any Mobile **RM70** = 700 Anytime w/Rollover Shared **SDDV** = Mobile Share with Unlimited Talk & Text **CW** = Call Waiting **M2AM** = Mobile to Any Mobile

**Incoming Call**    **Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:** Jan 03, 2014 – Feb 02, 2014
Showing details for Talk usage

| | | | | |
|---|---|---|---|---|
| **Totals for this billing period:** | 309 calls | 1283 minutes | $2.07 | |

Showing search results for: **800-746-2936**    Totals: **4 calls**    **24 minutes**    **$0.00**

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 01/21/2014 | 06:04PM | 800.746.2936 | Toll Free, CL | RM70 | 1 | 0.00 |
| 01/21/2014 | 06:04PM | 800.746.2936 | Toll Free, CL | RM70 | 13 | 0.00 |
| 01/21/2014 | 11:39AM | 800.746.2936 | Toll Free, CL | RM70 | 1 | 0.00 |
| 01/14/2014 | 03:55PM | 800.746.2936 | Incoming, CL | RM70 | 9 | 0.00 |

**100C** = CRT100 **M2AM** = Unlimited Mobile to Any Mobile **RM70** = 700 Anytime w/Rollover Shared **UNW9** = Unlimited Night & Weekend **CW** = Call Waiting **M2AM** = Mobile to Any Mobile

**Incoming Call**    **Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:** Dec 03, 2013 - Jan 02, 2014
Showing details for Talk usage

**Totals for this billing period:** 420 calls | 1654 minutes | $5.88

Showing search results for: 800-746-2936 | Totals: 18 calls | 331 minutes | $0.00

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 01/02/2014 | 11:18AM | 800.746.2936 | Toll Free, CL | RM70 | 27 | 0.00 |
| 01/02/2014 | 10:37AM | 800.746.2936 | Toll Free, CL | RM70 | 10 | 0.00 |
| 12/17/2013 | 07:07PM | 800.746.2936 | Incoming, CL | RM70 | 1 | 0.00 |
| 12/17/2013 | 02:54PM | 800.746.2936 | Toll Free, CL | RM70 | 1 | 0.00 |
| 12/12/2013 | 12:11PM | 800.746.2936 | Incoming, CL | RM70 | 17 | 0.00 |
| 12/12/2013 | 12:01PM | 800.746.2936 | Incoming, CL | RM70 | 8 | 0.00 |
| 12/11/2013 | 05:33PM | 800.746.2936 | Toll Free, CL | RM70 | 12 | 0.00 |
| 12/11/2013 | 12:30PM | 800.746.2936 | Incoming, CL | RM70 | 1 | 0.00 |
| 12/10/2013 | 01:24PM | 800.746.2936 | Incoming, CL | RM70 | 12 | 0.00 |
| 12/10/2013 | 12:01PM | 800.746.2936 | Incoming, CL | RM70 | 50 | 0.00 |
| 12/09/2013 | 03:43PM | 800.746.2936 | Toll Free, CL | RM70 | 35 | 0.00 |
| 12/09/2013 | 12:01PM | 800.746.2936 | Incoming, CL | RM70 | 32 | 0.00 |
| 12/08/2013 | 01:30PM | 800.746.2936 | Toll Free, CL | UNW9 | 21 | 0.00 |
| 12/08/2013 | 01:28PM | 800.746.2936 | Toll Free, CL | UNW9 | 2 | 0.00 |
| 12/05/2013 | 12:01PM | 800.746.2936 | Incoming, CL | 100C | 33 | 0.00 |
| 12/04/2013 | 04:04PM | 800.746.2936 | Toll Free, CL | 100C | 11 | 0.00 |
| 12/04/2013 | 04:02PM | 800.746.2936 | Toll Free, CL | 100C | 3 | 0.00 |
| 12/03/2013 | 03:47PM | 800.746.2936 | Toll Free, CL | 100C | 55 | 0.00 |

**100C** = CRT100 **FN2N** = FamilyTalk Nation 700 with Rollover **M2AM** = Unlimited Mobile to Any Mobile **RM70** = 700 Anytime w/Rollover Shared **UNW9** = Unlimited Night & Weekend **CW** = Call Waiting **M2AM** = Mobile to Any Mobile

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:** Nov 03, 2013 - Dec 02, 2013
Showing details for Talk usage

|  | **Totals for this billing period:** | 410 calls | 1545 minutes | $4.10 |
|---|---|---|---|---|

Showing search results for: **800-746-2936**     Totals: 2 calls     **75 minutes**     **$0.00**

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 11/12/2013 | 06:04PM | 800.746.2936 | Incoming, CL | RM70 | 8 | 0.00 |
| 11/09/2013 | 09:50AM | 800.746.2936 | Toll Free, CL | UNW9 | 67 | 0.00 |

**100C** = CRT100 **M2AM** = Unlimited Mobile to Any Mobile **RM70** = 700 Anytime w/Rollover Shared **UNW9** = Unlimited Night & Weekend **CW** = Call Waiting **M2AM** = Mobile to Any Mobile

**Incoming Call     Outgoing Call**

# Individual Usage Details for:
# Jorge Diaz | 305.609.1833

**Billing period:** Oct 03, 2013 - Nov 02, 2013
Showing details for Talk usage

|  |  |  |  |
|---|---|---|---|
| **Totals for this billing period:** | 420 calls | 1158 minutes | $6.86 |

Showing search results for: **800-746-2936**   Totals: **1 calls**   **43 minutes**   **$0.00**   ☺

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 10/17/2013 | 05:27PM | 800.746.2936 | Toll Free, CL | RM70 | 43 | 0.00 |

**100C** = CRT100 **M2AM** = Unlimited Mobile to Any Mobile **RM70** = 700 Anytime w/Rollover Shared **UNW9** = Unlimited Night & Weekend **CW** = Call Waiting **M2AM** = Mobile to Any Mobile **VM** = VoiceMail

**Incoming Call**    **Outgoing Call**

# EXHIBIT "C"



O C W E N



*Ocwen Loan Servicing, LLC*
*PO Box 785061*
*Orlando FL 32878-5061*
HELPING HOMEOWNERS IS WHAT WE DO! ™

January 27, 2015


Jorge R Diaz
Lourdes M Diaz
4280 SW 14th St
Miami FL 33134


RE:  Ocwen Account Number:     ▉▉▉▉▉▉
     Property Address:          4280 SW 14th St
                                Miami FL 33134


Dear Jorge R Diaz and Lourdes M Diaz:

On behalf of Ocwen Loan Servicing, LLC (Ocwen), the Office of the Consumer
Ombudsman would like to thank you for your initial telephone conversation on October
8, 2014 regarding the above referenced account. The Consumer Ombudsman's office
was created to provide a resource to assist with unresolved concerns and issues.

On January 21, 2015 the Making Home Affordable Modification (HAMP) terms were
applied to the account. See enclosed modification documents for detailed terms.
Ocwen would like to apologize for any inconveniences caused by the delay in
processing this modification.

On January 27, 2015 a credit amendment via Automated Universal Data (AUD) number
73183554 was submitted to the credit bureaus to report the account as paid on time
from June 2013 to January 2015, and as a modified loan under the government program.
This letter and AUD number will serve as proof until the updates are reflected on the
credit report.

As of the date of this letter the account is next due for the April 1, 2015 payment in the
amount of $1,585.30.

The Office of the Consumer Ombudsman is your advocate in ensuring that Ocwen's
servicing remains fair, reasonable, and proper. Should you have any further concerns
relating to this response, you may contact me at: 1-800-390-4656 or direct at 1-319-
236-5869.

Sincerely,

Russell Pierpont
Consumer Account Analyst
Office of the Consumer Ombudsman
Ocwen Loan Servicing, LLC
NMLS #1852

Enclosure

Please Note: This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

Homeward Residential, Inc.
PO Box 9092
Temecula, CA 92589-9092



2268189799

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Homeward Residential, Inc.
P.O. Box 660029
Dallas, TX 75266-0029

20121205-156

Send Correspondence to:
Homeward Residential, Inc.
P.O. Box 632237
Irving, TX 75063-2237

JORGE R DIAZ
LOURDES M DIAZ
4280 SW 14TH ST
MIAMI, FL 33134-3802



OP001